NORTH AMERICAN TRUST COMPANY v. THE PHELPS-BIGELOW WINDMILL COMPANY *et al.*

No. 12,943.   (71 Pac. 1129.)

Error from Marion district court; O. L. MOORE, judge.
Opinion filed February 7, 1903.   Affirmed.

*H. S. Martin*, and *W. J. Patterson*, for plaintiff in error.
*Keller & Dean*, for defendants in error.

*Per Curiam:* The plaintiff in error seeks in this proceeding to have reconsidered the same question which was determined in *Phelps v. Trust Co.*, 62 Kan. 529, 64 Pac. 63. We see no reason to change the conclusion reached in that case.

The judgment of the court below will be affirmed.

JOHNSTON, C. J., BURCH, J., dissenting.